**Order entered January 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01397-CV

### COREY STEELE, Appellant

### V.

### UG NATIONAL, ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07861

## ORDER

This appeal was filed November 13, 2019. Neither the clerk's record nor the reporter's record has been filed to date.

On November 20, 2019, appellant filed a statement of inability to afford costs. Appellees have contested the statement, and a hearing on the contest is scheduled for January 13, 2020. Asserting the contest was untimely filed and the record is overdue, appellant has filed a motion to compel the district clerk and court reporter to file the appellate record without payment of costs, a motion to enjoin the district clerk and court reporter from sitting in their official capacity until they have filed the record, and a motion to stay the trial court's hearing on appellees' contest to appellant's statement.

We **DENY** the motion to stay.  *See* TEX. R. CIV. P. 145 (governing payment of costs for preparation of appellate record when party files statement of inability to afford costs).  As the trial court has not yet ruled on the contest, we **DENY** as premature the motions to compel and enjoin.

.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE